| | |
|---|---|
| **COLT / SINGER / BEA LLP**<br>  Benjamin L. Singer (Bar. No. 264295)<br>  bsinger@coltsinger.com<br>  Katie Erno (Bar No. 264748)<br>  kerno@coltsinger.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, CA  94111<br>Telephone:   (415) 500-6080<br>Facsimile:    (415) 500-6080<br><br>Attorneys for Aubin Industries, Inc. | **LOCKE LORD LLP**<br>Robert M. Harkins, Jr. (Bar No. 179525)<br>robert.harkins@lockelord.com<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA  94104<br>Telephone:   415-318-8810<br>Facsimile:    415-676-5816<br><br>Attorneys for Defendant and<br>Counterclaimant Caster Concepts, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUBIN INDUSTRIES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CASTER CONCEPTS, INC.,<br><br>            Defendant.<br><br>CASTER CONCEPTS, INC.,<br><br>            Counterclaimant,<br><br>    v.<br><br>AUBIN INDUSTRIES, INC.,<br><br>            Counterclaim Defendant. | CASE NO. 2:14-CV-02082-MCE-CKD<br><br>**ORDER MODIFYING THE JANUARY 16, 2015 SCHEDULING ORDER**<br><br>Complaint Filed: September 8, 2014<br>Trial Date: None set<br>Judge : Hon. Morrison England, Jr. |

colt/singer/bea LLP

# ORDER

Having reviewed the Joint Stipulation submitted by the Parties in the above-captioned action (ECF No. 26) and good cause appearing, it is hereby ORDERED that the dates set forth in the January 16, 2015 Pretrial Scheduling Order (Dkt. 18) are modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Phase I Discovery Cut-Off | May 4, 2015 | July 7, 2015 |
| Plaintiff's Opening Claim Construction Brief | May 11, 2015 | July 23, 2015 |
| Defendant's Responsive Claim Construction Brief | June 1, 2015 | August 6, 2015 |
| Plaintiff's Reply Claim Construction Brief | June 15, 2015 | August 20, 2015 |
| Markman (Claim Construction) Hearing | June 25, 2015 | September 3, 2015 |

**IT IS SO ORDERED**.

Dated:  April 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT