| | |
|---|---|
| COLT / SINGER / BEA LLP<br>  Benjamin L. Singer (Bar. No. 264295)<br>  bsinger@coltsinger.com<br>  Katie Erno (Bar No. 264748)<br>  kerno@coltsinger.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, CA  94111<br>Telephone:  (415) 500-6080<br>Facsimile:   (415) 500-6080<br><br>Attorneys for Aubin Industries, Inc. | **LOCKE LORD LLP**<br>Robert M. Harkins, Jr. (Bar No. 179525)<br>robert.harkins@lockelord.com<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA  94104<br>Telephone:   415-318-8810<br>Facsimile:    415-676-5816<br><br>Attorneys for Defendant and<br>Counterclaimant Caster Concepts, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUBIN INDUSTRIES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CASTER CONCEPTS, INC.,<br><br>    Defendant.<br> | CASE NO. 2:14-CV-02082-MCE-CKD<br><br>**ORDER GRANTING EXTENSION OF TIME TO MOVE TO COMPEL ON PHASE I FACT DISCOVERY REQEUSTS AND RESPONSES**<br><br>Complaint Filed: September 8, 2014<br>Trial Date: None set<br>Judge : Hon. Morrison England, Jr. |
| CASTER CONCEPTS, INC.,<br><br>    Counterclaimant,<br><br>  v.<br><br>AUBIN INDUSTRIES, INC.,<br><br>    Counterclaim Defendant. | |

## ORDER

Having reviewed the Joint Stipulation submitted by the Parties in the above-captioned action (ECF No. 30) and good cause appearing, it is hereby ordered that the Parties have until July 16, 2015 to move to compel with respect to Phase I fact discovery requests and responses.

IT IS SO ORDERED.

Dated:  June 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO MOVE TO COMPEL ON PHASE I FACT DISCOVERY REQUESTS AND RESPONSES
CASE NO. 2:14-cv-02082-MCE-CKD