COLT / SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@coltsinger.com
  Katie K. Erno (Bar No. 264748)
  kerno@coltsinger.com
  Joseph C. Gabaeff (Bar No. 255054)
  jgabaeff@coltsinger.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080

Attorneys for Plaintiff
Aubin Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUBIN INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CASTER CONCEPTS, INC.,<br>Defendant. | CASE NO.  2:14-CV-02082-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF AUBIN INDUSTRIES, INC.'S REQUEST TO FILE ITS CLAIM CONSTRUCTION BRIEF AND CERTAIN ACCOMPANYING EXHIBITS UNDER SEAL** |

THE COURT, having considered Plaintiff Aubin Industries, Inc.'s Request to Seal Its Claim Construction Brief and Exhibits A-E, G, H and J thereto; and GOOD CAUSE appearing therefor;

HEREBY ORDERS THAT Plaintiff Aubin Industries, Inc.'s Claim Construction Brief and Exhibits A-E, G, H and J thereto, which have been lodged with this Court, be filed under seal.

Dated:  July 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

colt/singer/bea™

ORDER GRANTING PLAINTIFF AUBIN INDUSTRIES, INC.'S REQUEST TO FILE ITS CLAIM CONSTRUCTION BRIEF AND CERTAIN
ACCOMPANYING EXHIBITS UNDER SEAL
CASE NO.  2:14-CV-02082-MCE-CKD