LOCKE LORD LLP
Robert Harkins (State Bar No. 179525)
robert.harkins@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
415-318-8810

Darrian Campbell, admitted *pro hac vice*
dcampbell@lockelord.com
2200 Ross Ave., Suite 2200
Dallas, TX 75201
214-740-8415

Attorneys for Defendant
Caster Concepts, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUBIN INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASTER CONCEPTS, INC., <br><br> Defendant. | Case No. 2:14-cv-02082-MCE-CKD <br><br> **ORDER GRANTING DEFENDANT CASTER CONCEPTS, INC.'S REQUEST TO FILE ITS CLAIM CONSTRUCTION BRIEF, EVIDENTIARY OBJECTIONS AND CERTAIN ACCOMPANYING EXHIBIT UNDER SEAL** |

  The Court, having considered Defendant Caster Concepts, Inc.'s Request to Seal Its Claim Construction Brief and Exhibit 2 to the accompanying declaration of Robert Harkins thereto, as well as Defendant's Evidentiary Objections; and GOOD CAUSE appearing therefor;

///

///

///

///

///

Defendant Caster Concepts, Inc.'s Claim Construction Brief, Exhibit 2 thereto, and Evidentiary Objections, which have been lodged with this Court, shall be filed under seal.

IT IS SO ORDERED.

Dated:  August 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 1 -