COLT / SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@coltsinger.com
  Katie K. Erno (Bar No. 264748)
  kerno@coltsinger.com
  Joseph C. Gabaeff (Bar No. 255054)
  jgabaeff@coltsinger.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:      (415) 500-6080
Facsimile:       (415) 500-6080

Attorneys for Plaintiff
Aubin Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| AUBIN INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CASTER CONCEPTS, INC.,<br>Defendant. | CASE NO.  2:14-CV-02082-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF AUBIN INDUSTRIES, INC.'S EX PARTE APPLICATION TO EXCEED PAGE LIMITS ON ITS REPLY CLAIM CONSTRUCTION BRIEF** |
|---|---|

THE COURT, having considered Plaintiff Aubin Industries, Inc.'s Ex Parte Application to Exceed Page Limits on its Reply Claim Construction Brief and GOOD CAUSE appearing therefor;

Plaintiff Aubin Industries, Inc.'s Reply Claim Construction Brief shall be allowed to exceed the ten (10) page maximum by six (6) pages for a total allowable length of sixteen (16) pages. Defendant Caster Concepts, Inc., will, however, be permitted to file a sur-reply brief not longer than five (5) pages in length not later than Monday, August 31, 2015.

IT IS SO ORDERED.

Dated:  August 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT