COLT / SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@coltsinger.com
  Katie K. Erno (Bar No. 264748)
  kerno@coltsinger.com
601 Montgomery Street, Suite 1950
San Francisco, CA  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080
*Attorneys for Plaintiff Aubin Industries, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUBIN INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CASTER CONCEPTS, INC.,<br><br>Defendant. | CASE NO.  2:14-CV-02082-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF AUBIN INDUSTRIES, INC.'S REQUEST TO FILE UNDER SEAL ITS RESPONSES TO EVIDENTIARY OBJECTIONS**<br><br>Hearing Date: September 3, 2015<br>Judge: Hon. Morrison C. England, Jr.<br>Filing Date: September 8, 2014<br>Trial Date: None Set |

THE COURT, having considered Plaintiff Aubin Industries, Inc.'s ("Plaintiff") Request to Seal Its Responses to Defendant's Evidentiary Objections; and GOOD CAUSE appearing therefor;

HEREBY ORDERS THAT Plaintiff's Responses to Evidentiary Objections, which have been lodged with this Court, be filed under seal.

Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT